NEWS SYNDICATE COMPANY, INC., Respondent, v. GATTI PAPER STOCK CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARGUERITE L. CASIMIER v. CHARLES A. STONEHAM and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the proposed case on appeal to be served on or before March 12, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ETTA C. BURBIDGE v. ACIERNO AMUSEMENT CORPORATION and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the proposed case on appeal to be served on or before February 27, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of LILLIAN TODD for an Order Directing DOROTHY FROOKS and Another, Attorneys, to Turn over Certain Moneys.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before February 28, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HENRY GREEN v. LOUIS L. WACHS and Another.— Motion to dismiss appeal denied, on condition that the appellants procure the appellants' points to be filed on or before February 10, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MORRISANIA PLUMBING & HEATING CO., INC., v. CARMI HOLDING CORPORATION and Others. BANKERS' LOAN AND INVESTMENT COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed so that appeal can be argued on or before February 21, 1930, with notice of argument for said date. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK H. WARDER.— Motion to dismiss appeal denied, with leave to renew if appellant do not procure the record on appeal and appellant's points to be filed on or before April 25, 1930, with notice of argument for May 27, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK H. WARDER.— Motion granted so far as to extend appellant's time in which to serve and file the record on appeal and appellant's points to and including April 25, 1930, with notice of argument for May 27, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BAIRD T. SPALDING v. ROBERT BARR, as Warden of the City Prison of the City of New York.— Motion for stay granted until February 7, 1930, only, when the appeal must be argued or submitted. Application to admit to bail denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CLAYTON B. JONES and Another, Appellants, v. OBCANSKA ZALOZNA V KARLINE, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.